Bradley Allen Wolfe, Plaintiff, Pro Se

1415 Fulton Rd, Ste 205416

Santa Rosa, CA 95403

Telephone: (369) 444-3258

Email: wolfelegalmail@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY ALLEN WOLFE, individually; and L.G.W. and L.M.W., Minors, through Bradley Allen Wolfe, their proposed Guardian Ad Litem, | Case No. 3:26-cv-04312-LJC |
| Plaintiffs, | **ADMINISTRATIVE MOTION FOR RELIEF FROM CHAMBERS COPY REQUIREMENT** |
| v. | **(Civil L.R. 7-11)** |
| RALNA PORRAS, individually; MARSHAL GALVAN, individually; CORI CHAPIN, individually; SHARI HAWKINS, individually; VANESSA AZEVEDO, individually; MEGAN BARAJAS, individually; COUNTY OF SONOMA; SONOMA COUNTY HUMAN SERVICES DEPARTMENT; DOES 1–20, inclusive, | Magistrate Judge Lisa J. Cisneros |
| Defendants. | |

ADMINISTRATIVE MOTION FOR

RELIEF FROM CHAMBERS COPY

REQUIREMENT

(Civil L.R. 7-11)

1

Pursuant to Civil Local Rule 7-11, Plaintiff Bradley Allen Wolfe, appearing pro se and proceeding in forma pauperis, respectfully requests that the Court excuse him from the chambers copy requirement set forth in Section B.1 of this Court's Civil Standing Order as to Plaintiff's forthcoming Motion for Leave to File a Third Amended Complaint and the exhibits submitted therewith. Plaintiff will provide a chambers copy of the Third Amended Complaint upon filing it as the operative pleading if the motion for leave is granted.

**1. Background.** On Aug 3, 2026, Plaintiff filed a Motion for Leave to File a Third Amended Complaint (ECF No. 12). Plaintiff withdrew that motion by Notice of Withdrawal filed August 4, 2026 (ECF No. 13) in order to correct errors identified in the proposed pleading attached to it. Plaintiff will shortly file a corrected Motion for Leave to File a Third Amended Complaint, accompanied by the proposed Third Amended Complaint as Exhibit A and a redline comparison as Exhibit B. Together with the motion, those materials will exceed 50 pages.

**2. The requirement and the request.** Section B.1 of the Civil Standing Order requires chambers copies for filings that necessitate action by the Court and exceed 50 pages inclusive of supporting declarations and exhibits, delivered in bound hard copy within 48 hours of e-filing. Plaintiff requests relief from that requirement as to the motion for leave and its exhibits only. Plaintiff does not seek relief as to any future filing and will provide a chambers copy of the Third Amended Complaint, in full compliance with Section B.1, at the time he files it as the operative pleading should leave be granted.

**3. Grounds.** Plaintiff proceeds in forma pauperis pursuant to 28 U.S.C. § 1915, the Court having found him unable to pay the costs of this action. The proposed Third Amended Complaint exceeds 50 pages and the redline comparison exceeds 50 pages. Producing a bound, double-sided hard copy of those materials, and delivering it to the courthouse within 48 hours, imposes a printing and transportation cost that is not trivial for a party the Court has already determined lacks the means to pay filing fees.

**4. The request avoids duplication the Court itself discourages.** If leave is granted, Plaintiff must file the Third Amended Complaint as the operative pleading, and a chambers copy will then be required for the same

2

document. Requiring one now and another days later would place the identical pleading before chambers twice. This Court has stated that the processing of unnecessary chambers copies wastes resources and burdens the court, and Civil Local Rule 5-1(d)(7) directs that chambers copies should not be submitted unless required by the assigned judge's standing order or specifically requested. Granting this request therefore serves the Court's own stated interest in avoiding duplicative paper submissions, while ensuring chambers receives a complete hard copy of the pleading that will actually govern this action.

**5. No stipulation is obtainable.** Civil Local Rule 7-11(a) requires that an administrative motion be accompanied by a stipulation or by a declaration explaining why a stipulation could not be obtained. No Defendant has been served, no Defendant has appeared, and no counsel has entered an appearance for any Defendant. There is accordingly no party from whom a stipulation could be sought. For the same reason, the meet and confer requirement in Section E.1 of the Civil Standing Order cannot be satisfied, and Plaintiff so certifies. The accompanying Declaration of Bradley Allen Wolfe is submitted pursuant to Civil Local Rule 7-11(a).

**6. Relief requested.** Plaintiff respectfully requests that the Court excuse the chambers copy requirement as to Plaintiff's Motion for Leave to File a Third Amended Complaint and the exhibits thereto, without prejudice to the Court requesting a chambers copy of those materials at any time.

DATED: August 6, 2026

Respectfully submitted,

/s/ Bradley Allen Wolfe

Bradley Allen Wolfe

Plaintiff, Pro Se