Bradley Allen Wolfe, Plaintiff, Pro Se

1415 Fulton Rd, Ste 205416

Santa Rosa, CA 95403

Telephone: (369) 444-3258

Email: wolfelegalmail@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY ALLEN WOLFE, individually; and L.G.W. and L.M.W., Minors, through Bradley Allen Wolfe, their proposed Guardian Ad Litem, | Case No. 3:26-cv-04312-LJC |
| Plaintiffs, | **DECLARATION OF BRADLEY ALLEN WOLFE IN SUPPORT OF ADMINISTRATIVE MOTION FOR RELIEF FROM CHAMBERS COPY REQUIREMENT** |
| v. | **(Civil L.R. 7-11(a))** |
| RALNA PORRAS, individually; MARSHAL GALVAN, individually; CORI CHAPIN, individually; SHARI HAWKINS, individually; VANESSA AZEVEDO, individually; MEGAN BARAJAS, individually; COUNTY OF SONOMA; SONOMA COUNTY HUMAN SERVICES DEPARTMENT; DOES 1–20, inclusive, | Magistrate Judge Lisa J. Cisneros |
| Defendants. | |

DECLARATION OF BRADLEY ALLEN

WOLFE IN SUPPORT OF

ADMINISTRATIVE MOTION FOR

RELIEF FROM CHAMBERS COPY

REQUIREMENT

1

(Civil L.R. 7-11(a))

I, Bradley Allen Wolfe, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915. The Court granted my application to proceed in forma pauperis upon finding that I am unable to pay the costs of this action. My financial circumstances have not materially improved since that finding.

3. I filed a Motion for Leave to File a Third Amended Complaint, docketed as ECF No. 12. After filing it, I identified errors in the proposed pleading attached as Exhibit A to that motion, including inconsistent dates, defects in paragraph numbering, and citation errors. On August 4, 2026, I filed a Notice of Withdrawal of that motion, docketed as ECF No. 13.

4. I will shortly file a corrected Motion for Leave to File a Third Amended Complaint. Attached to it will be the proposed Third Amended Complaint as Exhibit A, and a redline comparison of the Second Amended Complaint against the proposed Third Amended Complaint as Exhibit B. Together with the motion, these materials will exceed 50 pages.

5. No Defendant in this action has been served. No Defendant has appeared, and no attorney has entered an appearance on behalf of any Defendant. There is no opposing party from whom I could seek a stipulation under Civil Local Rule 7-11(a), and no opposing party with whom I could meet and confer under Section E.1 of the Court's Civil Standing Order.

6. Producing a bound, double-sided hard copy and delivering it to the courthouse in San Francisco within 48 hours of e-filing, would require me to incur printing, binding, and transportation costs.

Given my financial circumstances and the Court's prior finding regarding my ability to pay, those costs are a meaningful burden.

7. If the Court grants leave to amend, I will file the Third Amended Complaint as the operative pleading and will provide a chambers copy of that filing in full compliance with Section B.1 of the Civil Standing Order. I do not seek relief from the chambers copy requirement as to that filing or any other future filing. I seek relief only as to the motion for leave and its exhibits, so that the same pleading is not printed, bound, and delivered to chambers twice within a short period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2026, at Santa Rosa, California.

DATED: August 6, 2026

Respectfully submitted,

/s/ Bradley Allen Wolfe

Bradley Allen Wolfe

Plaintiff, Pro Se