Bradley Allen Wolfe, Plaintiff, Pro Se

1415 Fulton Rd, Ste 205416

Santa Rosa, CA 95403

Telephone: (369) 444-3258

Email: wolfelegalmail@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRADLEY ALLEN WOLFE, individually; and L.G.W. and L.M.W., Minors, through Bradley Allen Wolfe, their proposed Guardian Ad Litem,<br><br>          Plaintiffs,<br><br>     v.<br><br>RALNA PORRAS, individually; MARSHAL GALVAN, individually; CORI CHAPIN, individually; SHARI HAWKINS, individually; VANESSA AZEVEDO, individually; MEGAN BARAJAS, individually; COUNTY OF SONOMA; SONOMA COUNTY HUMAN SERVICES DEPARTMENT; DOES 1–20, inclusive,<br><br>          Defendants. | Case No. 3:26-cv-04312-LJC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR RELIEF FROM CHAMBERS COPY REQUIREMENT**<br><br>Magistrate Judge Lisa J. Cisneros |

[PROPOSED] ORDER GRANTING

ADMINISTRATIVE MOTION FOR

RELIEF FROM CHAMBERS COPY

REQUIREMENT

1

Before the Court is Plaintiff's Administrative Motion for Relief from the Chambers Copy Requirement, filed pursuant to Civil Local Rule 7-11. Having considered the motion and the supporting declaration, and good cause appearing, the Court orders as follows:

1. The motion is GRANTED.

2. Plaintiff is excused from the chambers copy requirement set forth in Section B.1 of the Court's Civil Standing Order as to Plaintiff's Motion for Leave to File a Third Amended Complaint and the exhibits submitted therewith.

3. This order is without prejudice to the Court requesting a chambers copy of those materials at any time.

4. If leave to amend is granted, Plaintiff shall provide a chambers copy of the Third Amended Complaint in compliance with Section B.1 of the Civil Standing Order at the time that pleading is filed.

IT IS SO ORDERED.

Dated: _____

_____

LISA J. CISNEROS

United States Magistrate Judge